### 9318. CITY OF VALDOSTA *v.* GOODWIN.

HARWELL, J. "The decision of the superior court on certiorari reversing the judgment of a municipal court convicting one of a violation of a municipal ordinance is not subject to review by this court." *Mayor &c. of Hawkinsville* v. *Ethridge*, 96 *Ga.* 326 (22 S. E. 985); *Mayor &c. of Macon* v. *Wood*, 109 *Ga.* 149 (34 S. E. 322).

*Writ of error dismissed.* Broyles, P. J., and Bloodworth, J., concur.

DECIDED JANUARY 22, 1918.

Certiorari; from Lowndes superior court—Judge Thomas. October 6, 1917.

*Patterson & Copeland*, for plaintiff in error.
*Dan R. Bruce*, contra.